IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DONALD L. KINSER, | ) | |
| | ) | |
| Plaintiff, | ) | 3:19-cv-0343 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Pursuant to the Conditional Transfer Order (CTO-134) of the Judicial Panel on Multidistrict Litigation, Docket No. 2741, this case is hereby transferred to the United States District Court for the Northern District of California for coordinated or consolidated proceedings.

The Clerk of Court is directed to close this case and electronically transmit the record to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE